IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01515-RPM

Heather K. Wied,

    Plaintiff(s)

v.

Collin L. Kelley,

    Defendant(s)

_____

ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having come before the Court upon written Stipulation of the parties by their respective counsel of record, and the Court having examined the Stipulation, now finds that the dismissal should be granted.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, each party to pay their fees and costs incurred.

DONE BY THE COURT this 20th day of November 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge